IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED

FEB 19 2026

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | TNWD Case # 2:26-cr-20056-1-TLP |
| | ) | |
| Plaintiff, | ) | Criminal No. 26-1- 004 |
| | ) | |
| v. | ) | 8 U.S.C. § 1325(a)(2) |
| | ) | 18 U.S.C. § 751(a) |
| LUIS CORDOVA, | ) | |
| | ) | |
| Defendant. | ) | |

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

On or about October 1, 2025, in the Western District of Tennessee, the defendant,

**LUIS CORDOVA**

did knowingly attempt to escape from the custody of an officer of the United States, to wit, Deputy United States Marshal M.S., wherein he was held by virtue of his lawful arrest for a misdemeanor offense, to wit, Tennessee Code Annotated section 55-10-110, and all in violation of Title 18, United States Code, Section 751(a).

## COUNT 2

On or about October 1, 2025, in the Western District of Tennessee, the defendant,

**LUIS CORDOVA**

an alien, did knowingly elude examination and inspection by immigration officials in violation of Title 8, United States Code, Section 1325(a)(2).

DAVID DUNAVANT
Digitally signed by DAVID DUNAVANT
Date: 2026.02.18 16:43:38 -06'00'

**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. <u>26-I-</u> |
| ) | |
| v. ) | 8 U.S.C. § 1325(a)(2) |
| ) | 18 U.S.C. § 751(a) |
| LUIS CORDOVA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PENALTIES

### COUNT 1

[nmt 1 year imprisonment, nmt $100,000 fine, or both, plus nmt 1 year of supervised release; and a $25 special assessment, see 18 U.S.C. § 3013(a)].

### COUNT 2

[nmt 6 months imprisonment, nmt $5,000 fine, or both, plus nmt 1 year of supervised release; and a $10 special assessment, see 18 U.S.C. § 3013(a)].